## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

| Case No. 4:21-cr-00075-RGE-HCA | : | Clerk's Court Minutes – Jury Trial - Day 9 |

| Plaintiff(s) | Defendant(s) |
|---|---|
| UNITED STATES OF AMERICA | RAEKWON MALIK PATTON, AUSTIN JAMES MALLORY, and YURI PERREN GREEN JR. |

Plaintiff(s) Counsel: Kristin Herrera, Ryan Leemkuil, Alexa Perez

Defendant(s) Counsel: J. Keith Rigg, Nick Klinefeldt, David Yoshimura, Julie Frank

Court Reporter: Chelsey Wheeler    :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| | : | | |
| | : | | |
| | : | | |
| | : | | |

**Proceedings:**

Court resumes outside the presence of the jury. Parties have no issues to address. Court informs parties the jury indicated it may have a question At 4:39 p.m., Courtroom Security Officer indicates the jury does not have a question. At 4:41 p.m., jury enters and Court reminds jury to comply with the instructions regarding questions. At 4:42 p.m., Court admonishes the jury. At 4:43 p.m., the jury is released for the day. At 4:44 p.m., Court resumes outside the presence of the jury. Parties have nothing to bring to the Court's attention. At 4:45 p.m., Court recesses.

Time in Court: 10 minutes    Time in Recess: 0 hours, 0 minutes

Time Start: 4:35 p.m.
Time End: 4:45 p.m.
Date: April 14, 2022

/s/ Bernadette Nelson
Deputy Clerk