

GOVERNMENT
EXHIBIT
11
4:21-cr-075