

GOVERNMENT
EXHIBIT

115

4:21-CR-075