

GOVERNMENT EXHIBIT
116
4:21-CR-075