

GOVERNMENT EXHIBIT

167

4:21-CR-075