

GOVERNMENT EXHIBIT
182
4:21-cr-075