

GOVERNMENT
EXHIBIT
186
4:21-CR-075