

GOVERNMENT EXHIBIT

219

4:21-CR-075