GOVERNMENT
EXHIBIT

220

4:21-CR-075