

GOVERNMENT
EXHIBIT

231

4:21-CR-075