Jeep
Iowa
T GREEN
POLK
STOP
GOVERNMENT
EXHIBIT
235
4:21-CR-075

