1445
NO SMOKING
GOVERNMENT EXHIBIT
248
4:21-CR-075

