

GOVERNMENT EXHIBIT
**262**
4:21-CR-075