

GOVERNMENT
EXHIBIT

290

4:21-CR-075