

GOVERNMENT
EXHIBIT
292
4:21-CR-075