

GOVERNMENT
EXHIBIT
293
4:21-CR-075