GOVERNMENT
EXHIBIT
299
4:21-CR-075
PENGAD 800-631-6989

