

GOVERNMENT
EXHIBIT

356

4:21-CR-075