GOVERNMENT
EXHIBIT
361
4:21-CR-075
