

GOVERNMENT
EXHIBIT

363

4:21-CR-075