

GOVERNMENT
EXHIBIT

364

4:21-CR-075