

GOVERNMENT
EXHIBIT

**366**

4:21-CR-075