<-_->
</-_->
