MIDWEST HERITAGE

A Hy-Vee Company

Banking · Investments · Insurance

GOVERNMENT
EXHIBIT

370

4:21-CR-075