

12/8/2021
21-26764-7TF VS 1.tif

GOVERNMENT EXHIBIT
396
4:21-CR-075