

12/8/2021
21-26764-7TF VS 1 SHEAR.tif

GOVERNMENT EXHIBIT
397
4:21-CR-075