# CLERK'S CERTIFICATE

STATE OF IOWA          )
                       )
WARREN COUNTY          )

      Clerk of District Court, within and for the County and State aforesaid, do hereby certify the foregoing to be a partial true and complete copy of Case Number FECR032723:

The following documents are attached:

████████████████

Trial Information
Written Plea of Guilty 2/22/21
Written Plea of Guilty 3/5/21
Waiver of Rights and Guilty Plea
Order of Disposition

As full, true, correct and complete, as the same remains of record

Dated this 5 day of November 2021.

*Irene Cruz*
_____
Warren County Clerk of Court or Designee

GOVERNMENT
EXHIBIT

516

4:21-CR-075

E-FILED  2021 JAN 05 6:17 PM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| STATE OF IOWA,<br>Plaintiff,<br><br>vs.<br><br>YURI PERREN GREEN,<br>Defendant. | CASE NO. **FECR032723**<br><br>**TRIAL INFORMATION** |

COMES NOW, Eric Anderson, as Assistant Warren County Attorney for Warren County, Iowa, and in the name and by the authority of the State of Iowa accuses **YURI PERREN GREEN** of the following crime(s):



## COUNT III

**Possess Firearm Or Offensive Weapon By Felon**, a **Class D Felony**, in violation of **§724.26(1)** of the Iowa Code, in that the Defendant, on or about December 20, 2020 did being a convicted felon or adjudicated delinquent on the basis of conduct that would constitute a felony if committed by an adult, knowingly have under his/her dominion and control or possession, receive, transport or cause to be transported, a firearm or offensive weapon, to-wit:  a .40 caliber Glock.

E-FILED  2021 JAN 05 6:17 PM WARREN - CLERK OF DISTRICT COURT

Respectfully Submitted

**DOUGLAS A. EICHHOLZ**
**WARREN COUNTY ATTORNEY**

BY: _Eric Anderson_
_____

Eric Anderson
Assistant Warren County Attorney
Warren County Attorney Office
301 North Buxton Street, Suite 301
Indianola, IA 50125
(515) 961-1014
(515) 961-1095
**eanderson@warrencountyia.org**

E-FILED   2021 JAN 05 6:17 PM WARREN - CLERK OF DISTRICT COURT



### State of Iowa Courts

**Type:**          Approval of Trial Information

**Case Number**     **Case Title**
FECR032723        STATE OF IOWA VS GREEN, YURI PERREN

On this date, I have reviewed the attached Trial Information and the accompanying Minutes of Testimony and find that they contain evidence which, if unexplained, is sufficient to warrant a conviction by a trial jury.  Being satisfied from the showing made that the case should be prosecuted, I approve the Trial Information.

Release conditions are set by separate Order of the Court.

So Ordered

*Kevin Parker*

Kevin Parker, District Associate Judge,
Fifth Judicial District of Iowa

Electronically signed on 2021-01-05 18:17:35     page 3 of 3

### IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| STATE OF IOWA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>YURI PERREN GREEN,<br>　　　　　　　Defendant. | Criminal No. FECR032723<br><br>**WAIVER OF RIGHTS AND<br>PLEA OF GUILTY** |

　　　　I, Yuri Perren Green, the undersigned Defendant, have carefully read and fully understand the following:

A.　　I am charged with Count III - Possess Firearm Or Offensive Weapon By Felon, a Class "D" Felony and Count IV - Harassment 1st Deg -- Threaten Forcible Felony, an Aggravated Misdemeanor.



E.　　If I plead **_not_** guilty, I would be entitled to the following rights. I give up these rights by pleading guilty:

　　　　(1)　　The right to a speedy and public trial by a jury of twelve people.

1

E-FILED  2021 FEB 22 6:38 PM WARREN - CLERK OF DISTRICT COURT

(2)      The right to have an attorney represent me at trial and, if the Court found I was unable to afford an attorney, the Court would, at public expense, appoint an attorney to represent me.

(3)      At trial, I would be presumed innocent until such time, if ever, the State established my guilt beyond a reasonable doubt.

(4)      At trial, a jury verdict of guilty would have to be unanimous.

(5)      At trial, I would have the privilege against self-incrimination, that is, I cannot be forced to testify, and if I choose not to testify, the State may not comment on the fact of my failure to testify and, at my request, I would be entitled to a jury instruction stating that the jury could not infer guilt from my failure to testify.

(6)      At trial, the State would have to confront me with witnesses upon whose testimony it relied to obtain conviction, and I would have the right to cross examine those witnesses.

(7)      At trial, I would be entitled to present witnesses to testify on my behalf and to compulsory process to secure their attendance.

F.      By pleading guilty, there will not be a trial of any kind and I will waive my rights as set forth in paragraph D above. By pleading guilty, I waive my right to trial, and will be treated as if I had been tried and found guilty by a jury.

G.      By pleading guilty I may give up any right to appeal this case unless I can show good cause for an appeal. To challenge my plea later, I would have to show that there is a defect in the proceedings and that but for the defect, I would not have plead guilty.

H.      The Court, in determining whether there is a factual basis for this plea of guilty, may make such a determination by examining the Minutes of Testimony attached to the Trial Information, by reviewing the investigative reports of law enforcement agents who have investigated the offense, or by asking me or counsel to recite and summarize the material facts that would be offered at trial.



2

E-FILED  2021 FEB 22 6:38 PM WARREN - CLERK OF DISTRICT COURT



    The foregoing paragraph reflects the entire agreement between the State and this Defendant.

/s/ Eric Anderson
By: *Eric Anderson*
Office of Warren County Attorney

    I now state to the Court that I am, in fact, guilty of the charge(s) and I plead **GUILTY** to the charge(s) of:

Harassment 1st Deg -- Threaten Forcible Felony

and that no threats or promises have been made to induce me to enter my plea of guilty.

    The present charge against me was committed by me on or about December 20, 2020, in Warren County, Iowa by doing the following:
harass B.W. and threaten to commit a forcible felony

Possess Firearm Or Offensive Weapon By Felon

and that no threats or promises have been made to induce me to enter my plea of guilty.

3

\

The present charge against me was committed by me on or about December 20, 2020, in Warren County, Iowa by doing the following:

being a convicted felon or adjudicated delinquent on the basis of conduct that would constitute a felony if committed by an adult, knowingly have under his/her dominion and control or possession, receive, transport or cause to be transported, a firearm or offensive weapon, to-wit: _____

☐ I acknowledge that I have previous convictions for sentencing enhancement purposes. I have been convicted of the following offenses on these dates:

The Court may also rely on the Minutes of Testimony to supplement my statement above and to form a factual basis for this plea of guilty.

### I ASK THE COURT TO ACCEPT THIS PLEA OF GUILTY. I WAIVE THE PRECEDING RIGHTS AND MY RIGHT TO HAVE THE COURT ADDRESS ME PERSONALLY REGARDING THIS PLEA.

If the Court accepts my plea of guilty, I realize:

1. The Court will set a sentencing date not less than fifteen days after the date of its acceptance of this Guilty Plea unless I waive this right. In order to contest this plea of guilty, I must file a **Motion in Arrest of Judgment** not more than forty-five days from today's date and not less than five days prior to sentencing. The right to file a Motion in Arrest of Judgment will be waived by having the Court impose a sentence today.

2. If the Court imposes a sentence today, I will never be able to challenge this plea of guilty, and I will be giving up my right to directly appeal my guilty plea.

3. I understand that I have a right of allocution which allows me to address the Court personally and make a statement in mitigation of my punishment in this case, as provided by Iowa Rule of Criminal Procedure 2.23(3)(d). I further understand that if I am represented by counsel in this case, my attorney may address the Court on my behalf and make a statement in mitigation of my punishment in this case.

4. I understand the Court will determine the amount of restitution of fees and costs I can reasonably be expected to pay, and I waive the right to present evidence to the Court in this regard. I further state to the Court that I have the reasonable ability to pay my financial obligations related to the crime victim assistance fund, correctional fees pursuant to Iowa Code Section 356.7, and court-appointed attorney fees ordered pursuant to Iowa Code Section 815.9.

Signed on this _22nd_ day of February, 2021.

X _____        _____
   *Defendant*                                  *Attorney for the Defendant*

4

E-FILED  2021 FEB 22 6:38 PM WARREN - CLERK OF DISTRICT COURT

## WAIVER OF MOTION IN ARREST OF JUDGMENT

If the Court accepts my plea of guilty, I wish to be sentenced now.  I understand:

1. In order to contest this plea of guilty, I must file a Motion in Arrest of Judgment no later than 45 days after a plea of guilty and not less than five days prior to pronouncement of judgment, and that the Court will set a sentencing date not less than fifteen days after the date of its acceptance of this guilty plea unless I waive this right, and the right to file a Motion in Arrest of Judgment will be waived by having the Court impose a sentence now.

2. By having the Court impose my sentence now, I will never be able to challenge this plea of guilty and I will be giving up my right to directly appeal my guilty plea.

I hereby request the Court sentence me now, and I waive any time to which I may be entitled for sentencing at a later date.

Signed on this _22nd_ day of February, 2021.

X _____          _____
  *Defendant*                                                  *Attorney for the Defendant*


## WAIVER OF PLEA PROCEDURES PURSUANT TO RULE 2.8(2)(b)(5)

I understand that I have a right to have the Court personally address me in open court regarding my guilty plea to discuss the rights I am giving up by pleading guilty and to determine if there is a factual basis for my plea.  I further understand that a criminal conviction may result in deportation or other adverse immigration consequences if I am not a United States citizen.  I hereby waive my presence and the right to the procedures for guilty pleas pursuant to Iowa Rule of Criminal Procedure 2.8(2)(b)(5).

Signed on this _22nd_ day of February, 2021.

X _____          _____
  *Defendant*                                                  *Attorney for the Defendant*


## WAIVER OF PLEA PROCEDURES PURSUANT TO RULE 2.8(3)

I understand that I have a right to have a verbatim record of the proceedings at which I enter my plea of guilty pursuant to Iowa Rule of Criminal Procedure 2.8(3).  I knowingly and voluntarily waive that right and ask to be sentenced without a record being made.

Signed on this _22nd_ day of February, 2021.

X _____          _____
  *Defendant*                                                  *Attorney for the Defendant*

5

E-FILED  2021 FEB 22 6:38 PM WARREN - CLERK OF DISTRICT COURT

## WAIVER OF RIGHT OF ALLOCUTION

I understand that I have a Right of Allocution which allows me to address the Court personally and make a statement in mitigation of my punishment in this case, as provided by Iowa Rule of Criminal Procedure 2.23(3)(d).  I further understand that if I am represented by counsel in this case, my attorney may address the Court on my behalf and make a statement in mitigation of my punishment in this case.  I hereby waive this Right of Allocution.

Signed on this 22nd day of February, 2021.

X _____      _____
Defendant                                          *Attorney for the Defendant*

## WAIVER OF PREPARATION AND USE OF PSI

I understand that I have the preparation and use of a presentence investigation report in this case and to use it during sentencing.  I waive my right to the production of said report, knowingly, voluntarily and freely.

Signed on this 22nd day of February, 2021.

X _____      _____
Defendant                                          *Attorney for the Defendant*



6

E-FILED          05911  FECR032723 - 2021 MAR 05 10:01 AM          WARREN
                            CLERK OF DISTRICT COURT                    Page 1 of 6

### IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| STATE OF IOWA,<br> Plaintiff,<br><br>v.<br><br>YURI PERREN GREEN,<br> Defendant. | Criminal No. FECR032723<br><br>**WAIVER OF RIGHTS AND<br>PLEA OF GUILTY** |

    I, Yuri Perren Green, the undersigned Defendant, have carefully read and fully understand the following:

A.    I am charged with Count III - Possess Firearm Or Offensive Weapon By Felon, a Class "D" Felony and Count IV - Harassment 1st Deg -- Threaten Forcible Felony, an Aggravated Misdemeanor.



E.    If I plead **_not_** guilty, I would be entitled to the following rights.  I give up these rights by pleading guilty:

    (1)    The right to a speedy and public trial by a jury of twelve people.

1

(2)    The right to have an attorney represent me at trial and, if the Court found I was unable to afford an attorney, the Court would, at public expense, appoint an attorney to represent me.

(3)    At trial, I would be presumed innocent until such time, if ever, the State established my guilt beyond a reasonable doubt.

(4)    At trial, a jury verdict of guilty would have to be unanimous.

(5)    At trial, I would have the privilege against self-incrimination, that is, I cannot be forced to testify, and if I choose not to testify, the State may not comment on the fact of my failure to testify and, at my request, I would be entitled to a jury instruction stating that the jury could not infer guilt from my failure to testify.

(6)    At trial, the State would have to confront me with witnesses upon whose testimony it relied to obtain conviction, and I would have the right to cross examine those witnesses.

(7)    At trial, I would be entitled to present witnesses to testify on my behalf and to compulsory process to secure their attendance.

F.    By pleading guilty, there will not be a trial of any kind and I will waive my rights as set forth in paragraph D above. By pleading guilty, I waive my right to trial, and will be treated as if I had been tried and found guilty by a jury.

G.    By pleading guilty I may give up any right to appeal this case unless I can show good cause for an appeal. To challenge my plea later, I would have to show that there is a defect in the proceedings and that but for the defect, I would not have plead guilty.

H.    The Court, in determining whether there is a factual basis for this plea of guilty, may make such a determination by examining the Minutes of Testimony attached to the Trial Information, by reviewing the investigative reports of law enforcement agents who have investigated the offense, or by asking me or counsel to recite and summarize the material facts that would be offered at trial.



2



The foregoing paragraph reflects the entire agreement between the State and this Defendant.

*/s/ Eric Anderson*
By: *Eric Anderson*
Office of Warren County Attorney

I now state to the Court that I am, in fact, guilty of the charge(s) and I plead **GUILTY** to the charge(s) of:

Harassment 1st Deg -- Threaten Forcible Felony

and that no threats or promises have been made to induce me to enter my plea of guilty.

The present charge against me was committed by me on or about December 20, 2020, in Warren County, Iowa by doing the following:
harass B.W. and threaten to commit a forcible felony

Possess Firearm Or Offensive Weapon By Felon

and that no threats or promises have been made to induce me to enter my plea of guilty.

3

The present charge against me was committed by me on or about December 20, 2020, in Warren County, Iowa by doing the following:

being a convicted felon or adjudicated delinquent on the basis of conduct that would constitute a felony if committed by an adult, knowingly have under his/her dominion and control or possession, receive, transport or cause to be transported, a firearm or offensive weapon, to-wit: _____

☐ I acknowledge that I have previous convictions for sentencing enhancement purposes. I have been convicted of the following offenses on these dates:

The Court may also rely on the Minutes of Testimony to supplement my statement above and to form a factual basis for this plea of guilty.

### I ASK THE COURT TO ACCEPT THIS PLEA OF GUILTY. I WAIVE THE PRECEDING RIGHTS AND MY RIGHT TO HAVE THE COURT ADDRESS ME PERSONALLY REGARDING THIS PLEA.

If the Court accepts my plea of guilty, I realize:

1. The Court will set a sentencing date not less than fifteen days after the date of its acceptance of this Guilty Plea unless I waive this right. In order to contest this plea of guilty, I must file a **Motion in Arrest of Judgment** not more than forty-five days from today's date and not less than five days prior to sentencing. The right to file a Motion in Arrest of Judgment will be waived by having the Court impose a sentence today.

2. If the Court imposes a sentence today, I will never be able to challenge this plea of guilty, and I will be giving up my right to directly appeal my guilty plea.

3. I understand that I have a right of allocution which allows me to address the Court personally and make a statement in mitigation of my punishment in this case, as provided by Iowa Rule of Criminal Procedure 2.23(3)(d). I further understand that if I am represented by counsel in this case, my attorney may address the Court on my behalf and make a statement in mitigation of my punishment in this case.

4. I understand the Court will determine the amount of restitution of fees and costs I can reasonably be expected to pay, and I waive the right to present evidence to the Court in this regard. I further state to the Court that I have the reasonable ability to pay my financial obligations related to the crime victim assistance fund, correctional fees pursuant to Iowa Code Section 356.7, and court-appointed attorney fees ordered pursuant to Iowa Code Section 815.9.

Signed on this _22 nd_ day of February, 2021.

X _____          _____
*Defendant*                              *Attorney for the Defendant*

4

## WAIVER OF MOTION IN ARREST OF JUDGMENT

If the Court accepts my plea of guilty, I wish to be sentenced now.  I understand:

1. In order to contest this plea of guilty, I must file a Motion in Arrest of Judgment no later than 45 days after a plea of guilty and not less than five days prior to pronouncement of judgment, and that the Court will set a sentencing date not less than fifteen days after the date of its acceptance of this guilty plea unless I waive this right, and the right to file a Motion in Arrest of Judgment will be waived by having the Court impose a sentence now.

2. By having the Court impose my sentence now, I will never be able to challenge this plea of guilty and I will be giving up my right to directly appeal my guilty plea.

I hereby request the Court sentence me now, and I waive any time to which I may be entitled for sentencing at a later date.

Signed on this _22nd_ day of February, 2021.

X _____            _____
   *Defendant*                               *Attorney for the Defendant*


## WAIVER OF PLEA PROCEDURES PURSUANT TO RULE 2.8(2)(b)(5)

I understand that I have a right to have the Court personally address me in open court regarding my guilty plea to discuss the rights I am giving up by pleading guilty and to determine if there is a factual basis for my plea.  I further understand that a criminal conviction may result in deportation or other adverse immigration consequences if I am not a United States citizen.  I hereby waive my presence and the right to the procedures for guilty pleas pursuant to Iowa Rule of Criminal Procedure 2.8(2)(b)(5).

Signed on this _22nd_ day of February, 2021.

X _____            _____
   *Defendant*                               *Attorney for the Defendant*


## WAIVER OF PLEA PROCEDURES PURSUANT TO RULE 2.8(3)

I understand that I have a right to have a verbatim record of the proceedings at which I enter a plea of guilty pursuant to Iowa Rule of Criminal Procedure 2.8(3).  I knowingly and voluntarily waive that right and ask to be sentenced without a record being made.

Signed on this _22nd_ day of February, 2021.

X _____            _____
   *Defendant*                               *Attorney for the Defendant*


5

E-FILED        05911  FECR032723 - 2021 MAR 05 10:01 AM        WARREN
CLERK OF DISTRICT COURT        Page 6 of 6

## WAIVER OF RIGHT OF ALLOCUTION

I understand that I have a Right of Allocution which allows me to address the Court personally and make a statement in mitigation of my punishment in this case, as provided by Iowa Rule of Criminal Procedure 2.23(3)(d). I further understand that if I am represented by counsel in this case, my attorney may address the Court on my behalf and make a statement in mitigation of my punishment in this case. I hereby waive this Right of Allocution.

Signed on this _22nd_ day of February, 2021.

X _____        _____
*Defendant*                                                      *Attorney for the Defendant*

## WAIVER OF PREPARATION AND USE OF PSI

I understand that I have the preparation and use of a presentence investigation report in this case and to use it during sentencing. I waive my right to the production of said report, knowingly, voluntarily and freely.

Signed on this _22nd_ day of February, 2021.

X _____        _____
*Defendant*                                                      *Attorney for the Defendant*

6

E-FILED  2021 MAR 10 4:29 PM WARREN - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

STATE OF IOWA,
              Plaintiff,

v.

YURI PERREN GREEN,
              Defendant.

Criminal No. FECR032723

**WAIVER OF RIGHTS AND
PLEA OF GUILTY**

I, Yuri Perren Green, the undersigned Defendant, have carefully read and fully understand the following:

A.    I am charged with Count III - Possess Firearm Or Offensive Weapon By Felon, a Class "D" Felony and Count IV - Harassment 1st Deg -- Threaten Forcible Felony, an Aggravated Misdemeanor.



E.    If I plead *__not__* guilty, I would be entitled to the following rights.  I give up these rights by pleading guilty:

    (1)    The right to a speedy and public trial by a jury of twelve people.

1

E-FILED 2021 MAR 10 4:29 PM WARREN - CLERK OF DISTRICT COURT

(2)    The right to have an attorney represent me at trial and, if the Court found I was unable to afford an attorney, the Court would, at public expense, appoint an attorney to represent me.

(3)    At trial, I would be presumed innocent until such time, if ever, the State established my guilt beyond a reasonable doubt.

(4)    At trial, a jury verdict of guilty would have to be unanimous.

(5)    At trial, I would have the privilege against self-incrimination, that is, I cannot be forced to testify, and if I choose not to testify, the State may not comment on the fact of my failure to testify and, at my request, I would be entitled to a jury instruction stating that the jury could not infer guilt from my failure to testify.

(6)    At trial, the State would have to confront me with witnesses upon whose testimony it relied to obtain conviction, and I would have the right to cross examine those witnesses.

(7)    At trial, I would be entitled to present witnesses to testify on my behalf and to compulsory process to secure their attendance.

F.    By pleading guilty, there will not be a trial of any kind and I will waive my rights as set forth in paragraph D above. By pleading guilty, I waive my right to trial, and will be treated as if I had been tried and found guilty by a jury.

G.    By pleading guilty I may give up any right to appeal this case unless I can show good cause for an appeal. To challenge my plea later, I would have to show that there is a defect in the proceedings and that but for the defect, I would not have plead guilty.

H.    The Court, in determining whether there is a factual basis for this plea of guilty, may make such a determination by examining the Minutes of Testimony attached to the Trial Information, by reviewing the investigative reports of law enforcement agents who have investigated the offense, or by asking me or counsel to recite and summarize the material facts that would be offered at trial.



2

E-FILED  2021 MAR 10 4:29 PM WARREN - CLERK OF DISTRICT COURT



The foregoing paragraph reflects the entire agreement between the State and this Defendant.

/s/ *Eric Anderson*
   By: *Eric Anderson*
   Office of Warren County Attorney

I now state to the Court that I am, in fact, guilty of the charge(s) and I plead **GUILTY** to the charge(s) of:

Harassment 1st Deg -- Threaten Forcible Felony

and that no threats or promises have been made to induce me to enter my plea of guilty.

The present charge against me was committed by me on or about December 20, 2020, in Warren County, Iowa by doing the following:
harass B.W. and threaten to commit a forcible felony

Possess Firearm Or Offensive Weapon By Felon

and that no threats or promises have been made to induce me to enter my plea of guilty.

3

E-FILED   2021 MAR 10 4:29 PM WARREN - CLERK OF DISTRICT COURT

\

The present charge against me was committed by me on or about December 20, 2020, in Warren County, Iowa by doing the following:

being a convicted felon or adjudicated delinquent on the basis of conduct that would constitute a felony if committed by an adult, knowingly have under his/her dominion and control or possession, receive, transport or cause to be transported, a firearm or offensive weapon, to-wit: _____

☐  I acknowledge that I have previous convictions for sentencing enhancement purposes.  I have been convicted of the following offenses on these dates:

The Court may also rely on the Minutes of Testimony to supplement my statement above and to form a factual basis for this plea of guilty.

### I ASK THE COURT TO ACCEPT THIS PLEA OF GUILTY.  I WAIVE THE PRECEDING RIGHTS AND MY RIGHT TO HAVE THE COURT ADDRESS ME PERSONALLY REGARDING THIS PLEA.

If the Court accepts my plea of guilty, I realize:

1.  The Court will set a sentencing date not less than fifteen days after the date of its acceptance of this Guilty Plea unless I waive this right.  In order to contest this plea of guilty, I must file a **Motion in Arrest of Judgment** not more than forty-five days from today's date and not less than five days prior to sentencing.  The right to file a Motion in Arrest of Judgment will be waived by having the Court impose a sentence today.

2.  If the Court imposes a sentence today, I will never be able to challenge this plea of guilty, and I will be giving up my right to directly appeal my guilty plea.

3.  I understand that I have a right of allocution which allows me to address the Court personally and make a statement in mitigation of my punishment in this case, as provided by Iowa Rule of Criminal Procedure 2.23(3)(d).  I further understand that if I am represented by counsel in this case, my attorney may address the Court on my behalf and make a statement in mitigation of my punishment in this case.

4.  I understand the Court will determine the amount of restitution of fees and costs I can reasonably be expected to pay, and I waive the right to present evidence to the Court in this regard.  I further state to the Court that I have the reasonable ability to pay my financial obligations related to the crime victim assistance fund, correctional fees pursuant to Iowa Code Section 356.7, and court-appointed attorney fees ordered pursuant to Iowa Code Section 815.9.

Signed on this 22nd day of February, 2021.

X _____          _____
Defendant                                                      Attorney for the Defendant

4

E-FILED  2021 MAR 10 4:29 PM WARREN - CLERK OF DISTRICT COURT

### WAIVER OF MOTION IN ARREST OF JUDGMENT

If the Court accepts my plea of guilty, I wish to be sentenced now. I understand:

1. In order to contest this plea of guilty, I must file a Motion in Arrest of Judgment no later than 45 days after a plea of guilty and not less than five days prior to pronouncement of judgment, and that the Court will set a sentencing date not less than fifteen days after the date of its acceptance of this guilty plea unless I waive this right, and the right to file a Motion in Arrest of Judgment will be waived by having the Court impose a sentence now.

2. By having the Court impose my sentence now, I will never be able to challenge this plea of guilty and I will be giving up my right to directly appeal my guilty plea.

I hereby request the Court sentence me now, and I waive any time to which I may be entitled for sentencing at a later date.

Signed on this _22nd_ day of February, 2021.

X _____          _____
  *Defendant*                                *Attorney for the Defendant*


### WAIVER OF PLEA PROCEDURES PURSUANT TO RULE 2.8(2)(b)(5)

I understand that I have a right to have the Court personally address me in open court regarding my guilty plea to discuss the rights I am giving up by pleading guilty and to determine if there is a factual basis for my plea. I further understand that a criminal conviction may result in deportation or other adverse immigration consequences if I am not a United States citizen. I hereby waive my presence and the right to the procedures for guilty pleas pursuant to Iowa Rule of Criminal Procedure 2.8(2)(b)(5).

Signed on this _22nd_ day of February, 2021.

X _____          _____
  *Defendant*                                *Attorney for the Defendant*


### WAIVER OF PLEA PROCEDURES PURSUANT TO RULE 2.8(3)

I understand that I have a right to have a verbatim record of the proceedings at which I enter a plea of guilty pursuant to Iowa Rule of Criminal Procedure 2.8(3). I knowingly and voluntarily waive that right and ask to be sentenced without a record being made.

Signed on this _22nd_ day of February, 2021.

X _____          _____
  *Defendant*                                *Attorney for the Defendant*

5

E-FILED  2021 MAR 10 4:29 PM WARREN - CLERK OF DISTRICT COURT

### WAIVER OF RIGHT OF ALLOCUTION

I understand that I have a Right of Allocution which allows me to address the Court personally and make a statement in mitigation of my punishment in this case, as provided by Iowa Rule of Criminal Procedure 2.23(3)(d).  I further understand that if I am represented by counsel in this case, my attorney may address the Court on my behalf and make a statement in mitigation of my punishment in this case.  I hereby waive this Right of Allocution.

Signed on this *22nd* day of February, 2021.

X _____               _____
  Defendant                                              Attorney for the Defendant

### WAIVER OF PREPARATION AND USE OF PSI

I understand that I have the preparation and use of a presentence investigation report in this case and to use it during sentencing.  I waive my right to the production of said report, knowingly, voluntarily and freely.

Signed on this *22nd* day of February, 2021.

X _____               _____
  Defendant                                              Attorney for the Defendant

6

## IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| STATE OF IOWA,<br>              Plaintiff,<br><br>v.<br><br>YURI PERREN GREEN,<br>              Defendant. | Criminal No. FECR032723<br><br>**JUDGMENT AND SENTENCE** |

On the 5th day of March, 2021, the Defendant in the above-captioned matter came before the Court for the purpose of sentencing.

**APPEARANCES:**

Attorney Eric Anderson, Assistant Warren County Attorney, for the State.
Attorney Patrick W. O'Bryan for the Defendant.

☐ Defendant appeared in person
☒ Defendant waived presence in writing pursuant to Iowa R. Crim. P. 2.8(2)(b)(5).

On the 23rd day of February, 2021, the Defendant plead guilty to the following offense(s) shown in paragraph one (1) below:

**Presentence Investigation.**  Pursuant to Iowa Code Sections 901.2-.4.
☐ **A Presentence Investigation** is on file and has been distributed to counsel of record.
☒ **Defendant waived use of a Presentence Investigation**, waived time for sentencing, waived the right to file a Motion in Arrest of Judgment and requested immediate sentencing. The Court hereby orders that the Fifth Judicial District Department of Correctional Services prepare a presentence investigation report, file same with the Clerk of Court, and distribute copies as provided by law.

In determining the sentence to be imposed the Court has considered that such sentence is consistent with the protection of the public, the gravity of the offense, the Defendant's criminal history, and the rehabilitative needs of the Defendant. The sentence imposed, including, without limitation, the matter of consecutive sentences rather than concurrent, was based on a plea bargain, with two counts dismissed, as well as the serious nature of the offenses plead to. The Court has also considered Defendant's letter to the court.   Based on the record made, and pursuant to Iowa Code Sections 901.5-6.

**IT IS NOW ORDERED AND ADJUDGED** as follows:

1.    **Judgment**.  Defendant is guilty of the following crime(s):

**Count III - Possess Firearm or Offensive Weapon By Felon**, a **Class D Felony**, in violation of **§724.26(1)** of the Iowa Code

**Count IV - Harassment 1st Deg -- Threaten Forcible Felony**, an **Aggravated Misdemeanor**, in violation of **§708.7(1), 708.7(2)** of the Iowa Code.



E-FILED                     FECR032723 - 2021 MAR 11 09:48 AM          WARREN
                                     CLERK OF DISTRICT COURT                Page 3 of 5





11

12

13

14.   **Appeal Bond.**  Defendant was informed of the right to appeal.
☐ Defendant is not eligible for bond on appeal.
☐ Defendant having entered a plea of guilty has no right of appeal, unless they establish good cause pursuant to Iowa Code Section 814.6.
☐ Bond on appeal is set as follows:

E-FILED                    FECR032723 - 2021 MAR 11 09:48 AM          WARREN
                           CLERK OF DISTRICT COURT                    Page 5 of 5



State of Iowa Courts

**Case Number**      **Case Title**
FECR032723           STATE OF IOWA VS GREEN, YURI PERREN
**Type:**            ORDER OF DISPOSITION

So Ordered

Mark F. Schlenker

Mark F. Schlenker, District Associate Judge,
Fifth Judicial District of Iowa

Electronically signed on 2021-03-11 09:48:38